UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THOMAS MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00079-SNLJ |
| | ) | |
| MAKITA U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties (Doc. 52).  A dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is effective upon filing.  *Adams v. USAA Casualty Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, this action is **DISMISSED with prejudice** by stipulation of the parties with each party to bear their own costs.  The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 30th day of August, 2024.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE